224-15

# ELECTRONIC RECORD

COA # 05-13-01194-CR          OFFENSE: 19.04

STYLE: Keith Wayne Edwards v. The State of Texas          COUNTY: Dallas

COA DISPOSITION:     AFFIRM          TRIAL COURT: Criminal District Court No. 4

DATE: 01/21/2015          Publish: NO     TC CASE #:     F-1216761-K

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Keith Wayne Edwards v. The State of Texas          CCA #: 224-15

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 06/03/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD